IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA THOMAS, individually and on behalf of other persons similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-0152-E |
| FINANCIAL CORP. OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

The parties have filed a Joint Notice of Settlement (Doc. 66) informing the Court that through mediation they reached an agreement as to the principal terms of a class-wide settlement. Pursuant to the notice, the Court **ORDERS** the parties to file a Motion for Preliminary Approval of Class Action Settlement by April 1, 2020.

**SO ORDERED.**

Signed February 20, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE