# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| BARBARA THOMAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL CORPORATION OF AMERICA,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>) CASE NO. 3:19-cv-00152-K<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR PRELIMINARY APPROVAL OF
## CLASS ACTION SETTLEMENT

NOW COMES, by and through undersigned counsel, plaintiff, Barbara Thomas, with the consent and approval of defendant, Financial Corporation of American ("FCOA"), and moves this Court pursuant to Fed. R. Civ. P. 23 for preliminary approval of Class Action Settlement.

WHEREFORE, plaintiff asks that this Court preliminarily approve the proposed Class Action Settlement for the reasons discussed in her supporting memorandum filed herewith.

April 8, 2020

                          Respectfully Submitted,

                          By:     */s/ Jarrett L. Ellzey*

                          Mark A. Alexander
                          **Mark A. Alexander PC**
                          5080 Spectrum Drive, Suite 850E Addison, TX 75001 972-364-9700
                          Fax: 972-421-1500
                          Email: mark@markalexanderlaw.com

                          Jarrett L. Ellzey
                          W. Craft Hughes
                          **Hughes Ellzey, LLP**
                          1105 Milford Street
                          Houston, TX 77006
                          Tel: (713) 322-6387
                          Fax: (888) 995-3335
                          E-Mail: craft@hughesellzey.com
                          jarrett@hughesellzey.com

                          Gary M. Klinger
                          **Mason Lietz & Klinger LLP**
                          227 W. Monroe Street, Suite 2100
                          Chicago, IL 60630
                          312-283-3814
                          Email: gklinger@masonllp.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas, Dallas Division, on <u>April 8, 2020</u> and will be served on all counsel of record who have consented to electronic notification *via* CM/ECF.

<u>      */s/ Jarrett L. Ellzey*         </u>
Jarrett L. Ellzey