UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA THOMAS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL CORPORATION OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)　CASE NO. 3:19-cv-00152-E<br>)<br>)　CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

NOW COMES, by and through undersigned counsel, plaintiff, Barbara Thomas, with the consent and approval of defendant, Financial Corporation of American ("FCOA"), and moves this Court pursuant to Fed. R. Civ. P. 23 for final approval of Class Action Settlement.

WHEREFORE, plaintiff asks that this Court finally approve the proposed Class Action Settlement for the reasons discussed in her supporting memorandum filed herewith.

[SIGNATURE BLOCK ON NEXT PAGE]

June 17, 2020                                    Respectfully Submitted,


                                                By:   */s/ Jarrett L. Ellzey*

Mark A. Alexander
**Mark A. Alexander PC**
5080 Spectrum Drive, Suite 850E Addison, TX 75001 972-364-9700
Fax: 972-421-1500
Email: mark@markalexanderlaw.com

Jarrett L. Ellzey
W. Craft Hughes
**Hughes Ellzey, LLP**
1105 Milford Street
Houston, TX 77006
Tel: (713) 322-6387
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
jarrett@hughesellzey.com

Gary M. Klinger
**Mason Lietz & Klinger LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(202) 429-2290
Email: gklinger@masonllp.com

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas, Dallas Division, on June 17, 2020 and will be served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                                              */s/ Jarrett L. Ellzey*
                                                              Jarrett L. Ellzey